UNITED STATES DISTRICT COURT
WESTERR DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH ISAACSON et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>ASSEMBLY SOFTWARE, INC et al.,<br><br>                              Defendants. | No. 3:24-cv-05676-DGE<br><br>**STIPULATED ORDER OF DISMISSAL** |

Based upon the Joint Motion for Dismissal by the parties, and the Court deeming itself fully advised in the premises; now, therefore, it is hereby,

**ORDER, ADJUDGED AND DECREED** as follows:

1. The above-entitled action is hereby dismissed with prejudice without an award of costs or fees to any party.

2. The District Court Clerk shall strike all future hearings and trial dates, if any.

Dated this 2nd day of December, 2024.

*[signature]*

David G. Estudillo
United States District Judge

STIPULATED ORDER OF DISMISSAL - 1 of 3
NO. 3:24-cv-05676-DGE

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510

**Stipulated by:**

III Branches Law, PLLC

_(signature)_

Joan K. Mell, WSBA #21319
Attorney for Ken and Hazel Isaacson

Gordon Rees Scully Mansukhani, LLP

/s/Nicole E. Demmon

Nicole E. Demmon, WBSA #45322
Attorney for Defendants

STIPULATED ORDER OF DISMISSAL - 2 of 3
NO. 3:24-cv-05676-DGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33

STIPULATED ORDER OF DISMISSAL - 3 of 3
NO. 3:24-cv-05676-DGE

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510